UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-148-CAS(PJWx) | | Date | May 13, 2014 |
|---|---|---|---|---|
| Title | *OTTER PRODUCTS, LLC; ET AL. v. SAVING MONEY CO-OP; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 28, 2014** why this action should not be dismissed for lack of prosecution as to defendants **SAVING MONEY CO-OP; JESSICA BENDFELDT LAVENDER; SARA SCHOBERT;** and **TIFFANY CROSS SMITH.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)    A proof of service of summons and complaint on **defendant TIFFANY CROSS SMITH**; and

2)    Answers by **defendants SAVING MONEY CO-OP; JESSICA BENDFELDT LAVENDER;** and **SARA SCHOBERT,** or plaintiff's request for entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |